UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNDEL HESTER,

                     Plaintiff,                      **22-CV-10559 (VF)**

        -against-                              **ORDER**

JONATHAN EDWARD ROMANDIA and GREAT
AMERICA LLC,

                    Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are directed to file a joint letter updating the Court on the status of the case by **April 5, 2024**.

    **SO ORDERED.**

DATED:    New York, New York
                February 9, 2024

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge